IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTONIO CARDENAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>　　　　　Defendant. | Case No. 4:18-cv-2827 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Antonio Cardenas and Defendant Quicken Loans Inc., through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party waiving his or its rights of appeal and agreeing to bear his or its own attorney's fees and costs.

| | |
|---|---|
| Dated:  March 13, 2019 | Respectfully submitted, |

| | |
|---|---|
| */s/ Jody Berke Burton* | */s/ John C. Raffetto* |
| Jody Berke Burton | John C. Raffetto (admitted *pro hac vice*) |
| LEMBERG LAW LLC | (**Lead Counsel**) |
| 43 Danbury Road, 3rd Floor | D.C. Bar No. 1010406 |
| Wilton, CT 06897 | Goodwin Procter LLP |
| Telepone:  (203) 653-2250 ext 5501 | 901 New York Avenue, NW |
| Faxcsimile: (203) 653-3424 | Washington, DC  20001 |
| Email: jburton@lemberglaw.com | Telephone:  (202) 346-4000 |
| | |
| *Attorneys for Plaintiff* | Darrell L. Barger |
| | Texas Bar No. 01733800 |
| | S.D. Tex. No. 646 |
| | Adam Anthony |
| | Texas Bar No. 24087109 |
| | S. D. Tex. No. 2191274 |
| | HARTLINE DACUS BARGER DREYER LLP |
| | 1980 Post Oak Blvd., Suite 1800 |
| | Houston, Texas 77056 |
| | Telephone: (713) 759-1990 |
| | |
| | *Attorney for Quicken Loans Inc.* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2019, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

                                  /s/ John C. Raffetto
                                  John C. Raffetto