Case 4:18-cv-02827   Document 28   Filed on 03/18/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO CARDENS, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-02827 |
| | § | |
| QUICKEN LOANS, INC. | § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed March 13, 2019, (Doc # 27), it is hereby ORDERED that this action be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 03/18/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge